## Case No. 2,423.

### The CAROLINE NESMITH.

[9 Adm. Rec. 122.]

District Court, S. D. Florida. Dec. 26, 1865

SALVAGE—COMPENSATION.

[In admiralty. Libel for salvage by Benjamin Baker and others against the cargo and materials of the ship Caroline Nesmith.]

Homer G. Plantz, for libellants.
W. C. Maloney, for respondent.

BOYNTON, District Judge. The saved property having been appraised at the sum of four

[2] [Attorneys' names transposed in 27 Leg. Int. 212.]

[3] [From 27 Leg. Int. 212.]

hundred and ten thousand five hundred and ninety-three dollars and fifty cents, except [that] the materials and stores have been sold, for the sum of two thousand one hundred and forty dollars and sixty-nine cents, ordered that after deducting the costs and charges, the libellants recover on three hundred and twelve thousand one hundred and ten dollars' worth of the saved cargo of cotton undamaged, appraised at forty-six cents per pound, ten per cent. upon the appraised value; on twenty-four thousand dollars' worth of the said cargo damaged, appraised at thirty cents per pound, twenty per cent. upon the appraised value; on seventy-four thousand four hundred and eighty-three dollars and fifty cents' worth of the said cargo, fished or dived up from the putrid water of the hold of the vessel, appraised at various rates thirty cents per pound, and upon the proceeds of the sale of the materials and stores, thirty-three and one-third per cent. of the appraised value.

[NOTE. Cited in Baker v. The Slobodna, 35 Fed. 543.]